IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JEFFREY TRENT LAPLANTE, )<br>)<br>Plaintiff, )<br>)<br>VS. )<br>) <br>KARÜN EYEWEAR, INC. d/b/a )<br>KARÜN US, INC. and THOMAS )<br>KIMBER, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br><br>3:23-CV-0517-G-BN |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case.  No objections were filed.  The District Court reviewed the proposed findings, conclusions, and recommendation for plain error.  Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **GRANTS** the defendants' motion to dismiss or for a more definite statement (docket entry 11) to the extent that the claims against the defendant Thomas Kimber are **DISMISSED**, and the plaintiff may file an amended

complaint within 14 days of the date of this order. The court **DENIES** the plaintiff's motion for summary judgment (docket entry 13).

    **SO ORDERED**.

August 3, 2023.

                                                                              _____
                                                                              **A. JOE FISH**
                                                                              **Senior United States District Judge**