IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JEFFREY TRENT LAPLANTE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | |
| | ) | CIVIL ACTION NO. |
| KARÜN EYEWEAR, INC. d/b/a/ | ) | |
| KARÜN U.S. INC. a/k/a KARÜN | ) | 3:23-CV-0517-G-BN |
| NORTH AMERICA a/k/a | ) | |
| KARÜN WORLD, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

The court therefore **GRANTS** the defendant's motion for judgment on the pleadings under Federal Rule of Civil Procedure 12(c) (docket entry 50).

**SO ORDERED**.

August 19, 2024.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**